IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SUMMERS, | No. C-09-1485 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS; DISMISSING ACTION** |
| v. | |
| MARIN COUNTY RECORDERS OFFICE, | |
| Defendant. / | |

On April 3, 2009, plaintiff filed in the above-titled action a complaint and an application to proceed in forma pauperis. On April 22, 2009, the Court dismissed plaintiff's complaint with leave to file, no later than May 29, 2009, a First Amended Complaint ("FAC") curing the deficiencies noted by the Court and deferred ruling on plaintiff's application. (See Order filed Apr. 22, 2009 (Docket Number 8) at 2-3.) The Court advised plaintiff that if he failed to file a FAC by the required date, the Court would dismiss the action. (See id. at 2.) To date, no FAC has been filed.

Instead, on May 5, 2009, plaintiff filed a letter in which he asserts defendant has violated 18 U.S.C. §§ 1341 and 2076 and states he "will rescind the 42 U.S.C. § 1983 for the time being, and take it up at some other point in time." (See Letter filed May 5, 2009 at unnumbered 3.)[1] Such letter, however, even if construed as an amended pleading, fails to

---

[1] Plaintiff further states he received the above-referenced order on April 27, 2009 and that he "noticed that the date to respond was in two days from receipt." (See Letter filed May 5, 2009 at unnumbered 1.) Contrary to plaintiff's assertion, however, the deadline for the filing of a FAC was May 29, 2009, not April 29, 2009. (See Order filed Apr. 22, 2009

1  state a claim.  First, to the extent plaintiff asserts violations of §§ 1341 and 2076, such
2  provisions are inapplicable to the instant action, as each is a criminal statute.  Second, to
3  the extent plaintiff has not withdrawn his claims under § 1983, the letter fails to cure the
4  deficiencies noted in such claims by the Court.
5        Accordingly, plaintiff's application to proceed in forma pauperis is hereby GRANTED
6  and the above-titled action is hereby DISMISSED.
7        **IT IS SO ORDERED.**

9  Dated:  June 5, 2009

_____
MAXINE M. CHESNEY
United States District Judge

---

28  (Docket Number 8) at 2:14.)

2