|   |   |
|---|---|
| CHRISTOPHER SUMMERS,<br><br>        Plaintiff,<br><br>   v.<br><br>MARIN COUNTY RECORDERS OFFICE,<br><br>        Defendant._____ / | No. CV-09-1485 MMC<br><br>**JUDGMENT IN A CIVIL CASE** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED.

Dated: June 8, 2009                              Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk